IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

DUBLIN DIVISION

| | | |
|---|---|---|
| FERNANDO H. GONZALEZ, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CV 308-014 |
| | ) | |
| WALT WELLS, Warden, et al., | ) | |
| | ) | |
| Respondents. | ) | |

# ORDER

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is **ADOPTED** as the opinion of the Court. Therefore, the Bureau of Prisons and the Attorney General of the United States are **DISMISSED** from this case, Petitioner's "Motion for Entry of Default" is **DENIED** (doc. no. 6), the petition filed pursuant to 28 U.S.C. § 2241 is **DISMISSED**, this civil action is **CLOSED**, and a final judgment shall be **ENTERED** in favor of Respondent Walt Wells.

SO ORDERED this 14th day of October, 2008, at Augusta, Georgia.

_____
UNITED STATES DISTRICT JUDGE